STATE OF CONNECTICUT *v.* ALEISTER SIBILIA

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 906 (AC 21970), is denied.

*Michael A. D'Onofrio*, special public defender, in support of the petition.

*Proloy K. Das*, special deputy assistant state's attorney, in opposition.

Decided September 12, 2002

HENRY B. KUDLACZ *v.* LINDBERG HEAT TREATING COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 559 (AC 22115), is denied.

*Henry B. Kudlacz*, pro se, in support of the petition.

*Richard S. Bartlett*, in opposition.

Decided September 12, 2002

STATE OF CONNECTICUT *v.* BENJAMIN JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 515 (AC 22200), is denied.